**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLAIRE ROSA WALKER,**           CASE No.: 6:04-cv-1458-Orl-31JGG
    **Plaintiff,**

vs.

**WENDY'S INTERNATIONAL, INC.,**
a foreign corporation and
**ORLANDO FOODS, LTD.,**
a Florida corporation

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff, CLAIRE ROSA WALKER, by and through her undersigned counsel and pursuant to Local Rule 3.08, hereby provides notice to the Court that this case has been settled. The Mediation Report filed on May 26, 2005, which indicated settlement of this instant matter's companion case (Soto v. Wendy's International, Inc., Case No: 6:04-Cv-1457-Orl-19DAB) inadvertently failed to mention that this matter had also settled.

                    Respectfully submitted,

                    s/ Andrew G. Wedmore_____
                    Jill S. Schwartz, Esquire
                    Florida Bar No.: 523021
                    Andrew G. Wedmore, Esquire
                    Florida Bar No.: 0141143
                    JILL S. SCHWARTZ & ASSOCIATES, P.A.
                    180 North Park Avenue, Suite 200
                    Winter Park, Florida 32789
                    Telephone: (407) 647-8911
                    Facsimile: (407) 628-4994
                    Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **May 3, 2006**, **I electronically filed** the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Defendant's counsel: Chelsie Roberts, Esquire, Allen, Norton & Blue P.A., 1477 W. Fairbanks Ave., Suite 100, Winter Park, Florida 32789.

                                                        s/ Andrew G. Wedmore_____
                                                        Andrew G. Wedmore, Esq.